AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MAURICE COOPER,

    Petitioner,

v.

WARDEN KARL FORT,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:22-cv-081

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 28, 2023, Petitioner's objections are overruled, and the Magistrate Judge's Report and Recommendation is adopted as the Court's opinion. Therefore, Petitioner's 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus is denied. Additionally, Petitioner is denied a certificate of appealability and in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: March 28, 2023

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020